IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHARLES RAY WARREN                          §
                                            §
                                            §
                                            §
VS                                          §    CIVIL ACTION NO. H-24-2229
                                            §
MARTIN O'MALLEY, Commissioner of            §
Social Security Administration              §

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is the Commissioner's Motion for Summary Judgment (Doc. No. 8), Plaintiffs Motion for Summary Judgment (Doc. No. 15), the responses of the parties; and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 19). No objections were filed to the Memorandum and Recommendation by either party, and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

ORDERED that the Memorandum and Recommendation (Doc. No. 19) is ADOPTED, the Commissioner's Motion for Summary Judgment (Doc. No. 8) is DENIED , and Plaintiffs Motion for Summary Judgment (Doc. No. 15) is GRANTED. This case is REMANDED to the Commissioner for further administrative proceedings.

SIGNED this _____31st_____ day of March 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE